## Commonwealth *v.* Reinert, Appellant.

Before ESHEL-
MAN, P. J.

Submitted June 10, 1974.
*William F. Ochs, Jr.,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Revty, Appellant.

Before DOTY, J.

Submitted June 10, 1974. *Richard Lunenfeld,* for appellant; *David Richman, Michael F. Henry, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.